IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF THE | § |
| PETITION OF BRIAN L. | § No. 417, 2015 |
| TUNNELL FOR A WRIT OF | § |
| HABEAS CORPUS | § |

Submitted:  August 25, 2015
Decided:  September 8, 2015

Before **STRINE**, Chief Justice; **HOLLAND**, and **SEITZ**, Justices.

# **O R D E R**

This 8th day of September 2015, it appears to the Court that:

(1)  On August 10, 2015, Brian L. Tunnell filed a petition for a writ of habeas corpus.  On August 25, 2015, the State filed an answer and motion to dismiss.

(2)  This Court has no original jurisdiction to issue a writ of habeas corpus.[1]  In addition, Tunnell is currently represented by the Office of the Public Defender, there is no indication that he has received permission to act as co-counsel, and he may not represent himself in this proceeding.[2]

NOW, THEREFORE, IT IS ORDERED that the petition for the issuance of a writ of habeas corpus is DISMISSED.

BY THE COURT:
*/s/ Leo E. Strine, Jr.*
Chief Justice

---

[1] Del. Const. art. IV, § 11(5); 10 *Del. C.* § 6901; *In re Cantrell*, 678 A.2d 525, 526 (Del. 1996).
[2] *In re Haskins*, 551 A.2d 65, 66-67 (Del. 1988).